# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

———————————

## No. ACM S32501

———————————

## UNITED STATES
*Appellee*

**v.**

## Dwayne J.C. MILLER
Airman First Class (E-3), U.S. Air Force, *Appellant*

———————————

Appeal from the United States Air Force Trial Judiciary

Decided 18 June 2018

———————————

*Military Judge:* Lyndell M. Powell.

*Approved sentence:* Bad-conduct discharge, confinement for 30 days, and reduction to E-1. Sentence adjudged 30 November 2017 by SpCM convened at Hill Air Force Base, Utah.

*For Appellant:* Captain Mark J. Schwartz, USAF.

*For Appellee:* Mary Ellen Payne, Esquire.

Before HARDING, SPERANZA, and HUYGEN *Appellate Military Judges.*

———————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

———————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court